From:LAW OFFICE OF RON WILCOX    408 296 0486    08/15/2005 02:34 #049 P.001/002
Case 5:05-cv-02119-RMW   Document 16   Filed 08/24/05   Page 1 of 2

08/15/2005 12:09 FAX 2136825454    MORRISON & FOERSTER # 4    @002/002
From:LAW OFFICE OF RON WILCOX    408 296 0486    08/14/2005 21:51 #045 P.002/003

```
 1   Ronald Wilcox, State Bar No. 176601
     Attorney at Law
 2   2160 The Alameda, 1st Floor, Suite F
     San Jose, CA 95126
 3   Tel: (408) 296-0400
 4   Fax: (408) 296-0486

 5   O. Randolph Bragg, IL Bar No. 6221983
     Craig M. Shapiro, IL Bar No. 6284475
 6   HORWITZ, HORWITZ & ASSOCIATES
 7   25 East Washington Street, Suite 900
     Chicago, IL 60602
 8   Tel: (312) 372-8822
     Fax: (312) 372-1673
 9
10   Attorneys for Plaintiff                    *E-FILED - 8/24/05*

11                    UNITED STATES DISTRICT COURT
12              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                           SAN JOSE DIVISION
13
     NANCY CAMPOS, an individual, on      Case No. 05-02119 RMW
14   behalf of herself and all others
     similarly situated,                  STIPULATION TO CONTINUE
15                                        HEARINGS ON THE MOTION FOR
                 Plaintiff,               CLASS CERTIFICATION AND MOTION
16                                        TO DISMISS COUNTERCLAIM AND
     vs.                                  [PROPOSED] ORDER
17
     WESTERN DENTAL SERVICES, INC.        The Honorable Ronald M. Whyte
18   and JENNIFER ROTH,
19                                        Date:     October 14, 2005
                 Defendants.              Time:     9:00 a.m.
20                                        Location: U.S. District Court
                                                    280 S. 1st St., San Jose, CA
21
22   The parties hereby agree to continue the hearings on the Motion for Class Certification and the Motion
23   to Dismiss Counterclaim set for September 2, 2005 at 9:00 a.m. to October 14, 2005 at 9:00 a.m.
24
     Dated: 8/15/05
25
                                                    _____
26                                                  Dan Marmalefsky
                                                    Attorney for Defendants
27   Dated: 8/15/05
                                                    _____
28                                                  Ronald Wilcox
                                                    Attorney for Plaintiff
                                          - 1 -
     STIPULATION TO CONTINUE HEARINGS ON THE MOTION FOR CLASS CERTIFICATION AND THE MOTION TO DISMISS
                                        COUNTERCLAIM
```

1
2                               [~~PROPOSED~~] ORDER

3   The parties shall continue the hearings on the Motion for Class Certification and the Motion to

4   Dismiss Counterclaim set for September 2, 2005 at 9:00 a.m. to October 14, 2005 at 9:00 a.m.

5   IT IS SO ORDERED.

6   Dated:  8/24/05



HON. Ronald M. Whyte

APPROVED

Judge Ronald M. Whyte

STIPULATION TO CONTINUE HEARINGS ON THE MOTION FOR CLASS CERTIFICATION AND THE MOTION TO DISMISS COUNTERCLAIM