```
Ronald Wilcox, State Bar No. 176601
Attorney at Law
2160 The Alameda, 1st Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

O. Randolph Bragg, IL Bar No. 6221983
Craig M. Shapiro, IL Bar No. 6284475
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington Street, Suite 900
Chicago, IL 60602
Tel: (312) 372-8822
Fax: (312) 372-1673

Attorneys for Plaintiff
```

*E-FILED - 10/21/05*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NANCY CAMPOS, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN DENTAL SERVICES, INC. and JENNIFER ROTH,<br><br>Defendants. | Case No. 05-02119 RMW<br><br>STIPULATION TO SETTLEMENT CONFERENCE, PLAINTIFF'S ADR CERTIFICATION, AND [PROPOSED] ORDER<br><br>The Honorable Ronald M. Whyte<br><br>CMC Date: October 14, 2005<br>Time: 9:00 a.m.<br>Location: U.S. District Court<br>280 S. 1st St., San Jose, CA |

The parties have met and conferred regarding an ADR process. The parties believe that a settlement conference with a Magistrate Judge may help the parties in attempting to resolve this matter.

Dated: 9/23/05

_____
Will Stern
Attorney for Defendants

Dated: 9/23/05

_____
Ronald Wilcox
Attorney for Plaintiff

- 1 -
STIPULATION TO CONTINUE HEARINGS ON THE MOTION FOR CLASS CERTIFICATION AND THE MOTION TO DISMISS COUNTERCLAIM

1
2   I, Nancy Campos, hereby attest my attorney, Ronald Wilcox, has explained to me the various
3   forms of ADR (based on the ADR N.D. Cal. handbook). If allowable, I would like to proceed with a
4   settlement conference with a Magistrate Judge.
5
6   Nancy Campos, Plaintiff                                          9/23/05
7                                                                   Date
8
9
10                          [~~PROPOSED~~ XXXXXXX] ORDER
11   The parties shall contact the chambers of Magistrate Judge Trumbull to arrange for a settlement
12   conference to be held within 90 days.
13   IT IS SO ORDERED.
14
15   Dated: 10/21/05
                                                    /S/ RONALD M. WHYTE
16                                                  HON. Ronald M. Whyte
17
...
28

-2-
STIPULATION TO CONTINUE HEARINGS ON THE MOTION FOR CLASS CERTIFICATION AND THE MOTION TO DISMISS COUNTERCLAIM