| | |
|---|---|
| RONALD WILCOX (CA SBN 176601)<br>ronaldwilcox@yahoo.com<br>LAW OFFICES OF RONALD WILCOX 2160<br>The Alameda, First Floor, Suite F<br>San Jose, California  95126<br>Telephone: (408) 296-0400<br>Facsimile: (408) 296-0586<br><br>O. RANDOLPH BRAGG (IL NO. 6221983)<br>rand@horwitzlaw.com<br>HORWITZ, HORWITZ & ASSOCIATES<br>25 East Washington St., Suite 900<br>Chicago, IL 60602<br>Phone: (312) 372-8822<br>Fax: (312) 372-1673<br><br>Attorneys for Plaintiff<br>NANCY CAMPOS | WILLIAM L. STERN (CA SBN 96105)<br>wstern@mofo.com<br>RITA F. LIN (CA SBN 236220)<br>rlin@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>DAN MARMALEFSKY (CA SBN 95477)<br>dmarmalefsky@mofo.com<br>MORRISON & FOERSTER LLP<br>555 West Fifth Street, Suite 3500<br>Los Angeles, California 90013-1024<br>Phone: (213) 892-5200<br>Fax: (213) 892-5454<br><br>Attorneys for Defendants<br>Western Dental Services, Inc. and Jennifer Roth and Counter-Claimant Western Dental Services, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

*E-FILED - 1/25/06*

| | |
|---|---|
| NANCY CAMPOS, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DENTAL SERVICES, INC. and JENNIFER ROTH,<br><br>Defendants. | Case No.   05-02119 RMW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO MARCH 24, 2006**<br><br>Judge: Hon. Ronald M. Whyte |

Pursuant to Civil Local Rules 7-12 and 16-2(d), Plaintiff and Defendants, through their counsel, submit the following stipulation and [proposed] order regarding the scheduling of the case management conference:

The case management conference is currently scheduled for January 24, 2006. A settlement conference before Magistrate Judge Trumbull has been scheduled for February 8, 2006. To allow time for possible settlement, Plaintiff and Defendants propose that the case management conference be continued to March 24, 2006 at 10:30 a.m.

I, William L. Stern, am the ECF user whose ID and password are being used to file this Stipulation to Continue Case Management Conference to March 24, 2006. In compliance with General Order 45.X.B, I hereby attest that Ronald Wilcox has concurred in this filing.

Dated: January 13, 2006

WILLIAM L. STERN
DAN MARMALEFSKY
RITA F. LIN
MORRISON & FOERSTER LLP

By: //s//
William L. Stern
Attorneys for Defendants

Dated: January _13, 2006

LAW OFFICE OF RONALD WILCOX

By: /s/Ronald Wilcox
Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __1/25_____, 2006

By: __/S/ RONALD M. WHYTE_____
Hon. Ronald M. Whyte
Judge, United States District Court