| | |
|---|---|
| RONALD WILCOX (CA SBN 176601) <br> ronaldwilcox@yahoo.com <br> LAW OFFICES OF RONALD WILCOX 2160 <br> The Alameda, First Floor, Suite F <br> San Jose, California  95126 <br> Telephone: (408) 296-0400 <br> Facsimile: (408) 296-0586 <br><br> O. RANDOLPH BRAGG (IL NO. 6221983) <br> rand@horwitzlaw.com <br> HORWITZ, HORWITZ & ASSOCIATES <br> 25 East Washington St., Suite 900 <br> Chicago, IL 60602 <br> Phone: (312) 372-8822 <br> Fax: (312) 372-1673 <br><br> Attorneys for Plaintiff <br> NANCY CAMPOS | WILLIAM L. STERN (CA SBN 96105) <br> wstern@mofo.com <br> RITA F. LIN (CA SBN 236220) <br> rlin@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone: 415.268.7000 <br> Facsimile: 415.268.7522 <br><br> DAN MARMALEFSKY (CA SBN 95477) <br> dmarmalefsky@mofo.com <br> MORRISON & FOERSTER LLP <br> 555 West Fifth Street, Suite 3500 <br> Los Angeles, California 90013-1024 <br> Phone: (213) 892-5200 <br> Fax: (213) 892-5454 <br><br> Attorneys for Defendants <br> Western Dental Services, Inc. and Jennifer Roth and Counter-Claimant Western Dental Services, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

*E-FILED - 4/27/06*

| | |
|---|---|
| NANCY CAMPOS, an individual, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN DENTAL SERVICES, INC. and JENNIFER ROTH, <br><br> Defendants. | Case No.   05-02119 RMW <br><br> **CLASS ACTION** <br><br> **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Judge: Hon. Ronald M. Whyte |

1   Pursuant to Civil Local Rules 7-12 and 16-2(d), Plaintiff and Defendants, through their
2   counsel, submit the following stipulation and [order regarding the scheduling of the case
3   management conference:

4   The case management conference is currently scheduled for April 28, 2006.  Plaintiff and
5   Defendants propose that the case management conference be continued one month to May 26, 2006
6   at 10:30 a.m.   No further continuances.   (RMW)

7   The parties participated in a settlement conference before Magistrate Judge Trumbull on
8   February 8, 2006 and, following that, have now reached a tentative class action settlement.  Because
9   this is a class action, the settlement will require both preliminary approval and final approval.  The
10  one-month continuance would give the parties time to prepare and file a motion for preliminary
11  approval, which could be heard at the same date as the case management conference.

12  I, William L. Stern, am the ECF user whose ID and password are being used to file this
13  Stipulation And [] Order To Continue Case Management Conferenc .  In compliance with
14  General Order 45.X.B, I hereby attest that Ronald Wilcox has concurred in this filing.

Dated: April 18, 2006        MORRISON & FOERSTER LLP

                             By:    /s/
                                    William L. Stern
                                    Attorneys for Defendants

Dated:  April 18, 2006       HORWITZ, HORWITZ & ASSOCIATES
                                          and
                             LAW OFFICE OF RONALD WILCOX

                             By:    /s/
                                    Ronald Wilcox
                                    Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  April 27, 2006
                             By:   /s/ Ronald M. Whyte
                                   Hon. Ronald M. Whyte
                                   Judge, United States District Court