1  RONALD WILCOX (CA SBN 176601)
   ronaldwilcox@yahoo.com
2  LAW OFFICES OF RONALD WILCOX
   2160 The Alameda, First Floor, Suite F
3  San Jose, California 95126
   Telephone: (408) 296-0400
4  Facsimile: (408) 296-0586

5  O. RANDOLPH BRAGG (IL NO. 6221983)
   rand@horwitzlaw.com
6  HORWITZ, HORWITZ & ASSOCIATES
   25 East Washington St., Suite 900
7  Chicago, IL 60602
   Phone: (312) 372-8822
8  Fax: (312) 372-1673

9  Attorneys for Plaintiff
   NANCY CAMPOS

   WILLIAM L. STERN (CA SBN 96105)
   wstern@mofo.com
   RITA F. LIN (CA SBN 236220)
   rlin@mofo.com
   MORRISON & FOERSTER LLP
   425 Market Street
   San Francisco, California 94105-2482
   Telephone: 415.268.7000
   Facsimile: 415.268.7522

   DAN MARMALEFSKY (CA SBN 95477)
   dmarmalefsky@mofo.com
   MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
   Los Angeles, California 90013-1024
   Phone: (213) 892-5200
   Fax: (213) 892-5454

10 Attorneys for Defendants
   Western Dental Services, Inc. and Jennifer
11 Roth and Counter-Claimant Western Dental
   Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

*E-FILED - 5/24/06*

| | |
|---|---|
| NANCY CAMPOS, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DENTAL SERVICES, INC. and JENNIFER ROTH,<br><br>Defendants. | Case No.   05-02119 RMW<br><br>**JOINT CASE MANAGEMENT STATEMENT and ORDER**<br><br>Date: May 26 2006<br>Time: 10:30 a.m.<br>Judge: Hon. Ronald M. Whyte<br>Ctrm: 280 South 1st St.<br>       San Jose, CA |
| WESTERN DENTAL SERVICES, INC., a California Corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>NANCY CAMPOS, an individual, on behalf of all others similarly situated,<br><br>Counter-Defendant. | |

1

Case No.  05-02119 RMW
la-859634

The parties have negotiated the terms of a Stipulation of Settlement. They hereby request they be allowed to appear telephonically to discuss with the Court the timing for filing and determination of a Joint Motion for Preliminary Approval of the settlement. (Dan Marmalefsky requests to appear from his office at (213) 892-5809. Rand Bragg requests to appear from his office at (312) 372-8822.)

Dated: January 13, 2006

WILLIAM L. STERN
DAN MARMALEFSKY
RITA F. LIN
MORRISON & FOERSTER LLP

By:  //s//
Dan Marmalefsky
Attorneys for Defendants

Dated:  January 13, 2006

HORWITZ, HORWITZ & ASSOCIATES
and
LAW OFFICE OF RONALD WILCOX

By:  /s/
Ronald Wilcox
Attorneys for Plaintiff

la-859634

**ORDER ALLOWING TELEPHONIC APPEARANCES**

The Court hereby allows the telephonic appearances of the above-mentioned counsel.

Dated: May 24, 2006

By: /s/ Ronald M. Whyte
Ronald M. Whyte
Judge, United States District Court

la-859634